Elizabeth M. Brooks, Respondent, v. Barnet Teplisky, Appellant.—

Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.